SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br><br>Travis Wade Power, et al,<br><br><br><br>Defendants | Case No.: CIV.S 09-cv-02688-MCE-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JAMES NIELSON; DIANE NIELSON; ORDER**<br><br>Complaint Filed:  SEPTEMBER 28, 2009<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (James Nielson; Diane Nielson) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).

///

///

///

///

///

This case is to be remain open with regard to the remaining Defendants.

Dated: November 17, 2009                /s/Scott N. Johnson
                                        SCOTT N. JOHNSON
                                        Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  November 18, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                        CIV: S-09-02688-MCE-GGH