| | |
|---|---|
| 1 | SCOTT N. JOHNSON, ESQ., SBN 166952<br>DISABLED ACCESS PREVENTS INJURY, INC. |
| 2 | 5150 FAIR OAKS BLVD., SUITE 101<br>PMB #253 |
| 3 | CARMICHAEL, CA 95608-5758<br>TELEPHONE (916) 485-3516 |
| 4 | FAX (916) 481-4224<br>E-MAIL scottnjohnson@comcast.net |

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No.: CIV.S 09-cv-02688-MCE-KJN |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL OF TRAVIS WADE POWER AND PAVIA, INC.; ORDER** |
| vs. | |
| Travis Wade Power, et al, | Complaint Filed: SEPTEMBER 28, 2009 |
| Defendants | **CASE TO REMAIN OPEN AS TO REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Travis Wade Power; Pavia, Inc.) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). Defendants James Nielson and Diane Nielson were terminated on November 19, 2009. Defendants (Travis Wade Power; Pavia, Inc.) are dismissed because Plaintiff and these Defendants have settled their dispute. This case is to be remained (sic) open as to remaining Defendant, Michael S. Cagle.

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-02688-MCE-KJN

PDF created with pdfFactory trial version www.pdffactory.com

Dated: February 12, 2010          /s/Scott N. Johnson
                                  SCOTT N. JOHNSON
                                  Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: February 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com