SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

    Plaintiff,

vs.

Travis Wade Power, et al,

    Defendants

Case No.: CIV.S 09-cv-02688-MCE-KJN

**PLAINTIFF'S REQUEST FOR DISMISSAL OF TRAVIS WADE POWER AND PAVIA, INC.; ORDER**

Complaint Filed:  SEPTEMBER 28, 2009

**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANT**

    **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Travis Wade Power; Pavia, Inc.) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  Defendants James Nielson and Diane Nielson were terminated on November 19, 2009. Defendants (Travis Wade Power; Pavia, Inc.) are dismissed because Plaintiff and these Defendants have settled their dispute.  This case is to be remaned (sic) open as to remaining Defendant, Michael S. Cagle.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: February 12, 2010 | /s/Scott N. Johnson |
| 2 | | SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| 3 | **IT IS SO ORDERED**. | |
| 4 | | |
| 5 | Dated: February 18, 2010 | |
| 6 | | _____ |
| 7 | | MORRISON C. ENGLAND, JR<br>UNITED STATES DISTRICT JUDGE |

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-02688-MCE-KJN

PDF created with pdfFactory trial version www.pdffactory.com