SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Travis Wade Power, et al<br><br>　　　　Defendants | Case No.: CIV.S 09-cv-02688-MCE-KJN<br><br>**STIPULATED DISMISSAL OF DEFENDANT MICHAEL S. CAGLE WITHOUT PREJUDICE AND ORDER {FRCP 41 (a)(1)}**<br><br>Complaint Filed:  SEPTEMBER 28, 2009 |

　　　IT IS HEREBY STIPULATED THAT, Defendant, MICHAEL S. CAGLE, is hereby dismissed **WITHOUT** prejudice.  Defendants James Nielson and Diane Nielson were terminated WITH prejudice on November 19, 2009.  Defendants Travis Wade Power and Pavia, Inc. were terminated WITH prejudice on February 19, 2010.

1

STIPULATED DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER CIV: S-09-cv-02688-MCE-KJN

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: June 8, 2010 | /s/Scott N. Johnson_____<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| Dated: June 9, 2010 | /s/Michael S. Cagle_____<br>MICHAEL S. CAGLE,<br>Defendant in Pro Per |

### ORDER

Good cause appearing, Defendant, MICHAEL S. CAGLE, is hereby dismissed WITHOUT prejudice.  As there are no Defendants remaining, the Clerk is directed to close the file.

**IT IS SO ORDERED:**

Dated: June 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com